**Kathleen M. Connelly, Esq.**
**LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.**
**331 Newman Springs Road**
**Suite 225**
**Red Bank, NJ 07701**
**(732) 741-7777**
**NJ Attorney ID: 031941989**
Attorneys for Defendants Henry & Michael Precision, LLC
a/k/a Henry Precision Machining, LLC, Henry Lee and
Michael Lee

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA LI | : CIVIL CASE NO.   2:22-CV-4729 |
|  | : |
| Plaintiff | : |
|  | : |
| v. | : |
|  | : |
| HENRY & MICHAEL LEE PRECISION, | : **ANSWER TO VERIFIED COMPLAINT** |
| LLC a/k/a HENRY PRECISION | : **AND AFFIRMATIVE DEFENSES** |
| MACHINING, LLC, HENRY LEE and | : |
| MICHAEL LEE | : |
|  | : |
| Defendants | : |
|  | : |

Defendants Henry & Michael Precision, LLC a/k/a Henry Precision Machining, LLC, Henry Lee and Michael Lee collectively referred to as "Defendants," by and through their attorneys Lindabury, McCormick, Estabrook & Cooper, P.C., by way of Answer to the Verified Complaint of the Plaintiff, Joshua Li ("Li"), state the following:

### INTRODUCTION

1. Defendants admit that Plaintiff asserts the claims set forth in this paragraph but denies that it engaged in any unlawful behavior towards Plaintiff.

2. Defendants admit that Plaintiff asserts the claims set forth in this paragraph but denies that it engaged in any unlawful behavior towards Plaintiff.

3442007v1

3.  Defendants admit that Plaintiff asserts the claims set forth in this paragraph but denies that it engaged in any unlawful behavior towards Plaintiff.

4.  Defendants admit the allegations contained in this paragraph.

5.  Defendants admit the allegations contained in this paragraph.

## TO PARTIES

6.  Defendants admit the allegations contained in this paragraph upon information and belief.

7.  Defendants admit the allegations contained in this paragraph.

8.  Defendants admit the allegations contained in this paragraph.

9.  Defendants admit the allegations contained in this paragraph.

10. Defendants admit the allegations contained in this paragraph.

11. Defendants deny the allegations contained in this paragraph.

12. Defendants admit the allegations contained in this paragraph.

13. Defendants admit the allegations contained in this paragraph.

## STATEMENT OF FACTS

14. Defendants admit the allegations contained in this paragraph.

15. Defendants admit the allegations contained in this paragraph.

16. Defendants admit the allegations contained in this paragraph.

17. Defendants admit the allegations of this paragraph and further state that Plaintiff was scheduled to work those hours throughout his tenure of employment.

18. Defendants deny the allegations contained in this paragraph.

19. Defendants deny the allegations contained in this paragraph.

20. Defendants deny the allegations contained in this paragraph.

21. Defendants are without sufficient knowledge or information to admit or deny the first

2

sentence of this paragraph.  Defendants deny the second sentence of this paragraph.

## STATEMENT OF CLAIM
## COUNT I
## AS TO VIOLATION OF FAIR LABOR STANDARDS ACT

22. Defendants repeat and reallege each and every response to the allegations contained above as if more fully set forth at length herein.

23. The allegations in this paragraph call for a legal conclusion to which a response is not required.

24. The allegations in this paragraph call for a legal conclusion to which a response is not required.

25. Defendants deny the allegations contained in this paragraph.

26. Defendants deny the allegations contained in this paragraph.

27. Defendants deny the allegations contained in this paragraph.

28. This paragraph does not contain any actual allegations and therefore no response is required.

29. Defendants deny the allegations contained in this paragraph.

30. Defendants deny the allegations contained in this paragraph.

31. Defendants deny the allegations contained in this paragraph.

32. Defendants deny the allegations contained in this paragraph.

33. Defendants deny the allegations contained in this paragraph.

## COUNT II
## AS TO VIOLATION OF NEW JERSEY WAGE AND HOUR LAW
## CLAIM FOR OVER TIME WAGES

34. Defendants repeat and reallege each and every response to the allegations contained above as if more fully set forth at length herein.

35. The allegation in this paragraph calls for a legal conclusion to which a response is not required.

36. The allegation in this paragraph calls for a legal conclusion to which a response is not required.

37. Defendants deny the allegations contained in this paragraph.

38. Defendants deny the allegations contained in this paragraph.

39. Defendants deny the allegations contained in this paragraph.

**COUNT III**
**AS TO VIOLATION OF NEW JERSEY WAGE PAYMENT LAW**
**CLAIM FOR UNPAID WAGES**

40. Defendants repeat and reallege each and every response to the allegations contained above as if more fully set forth at length herein.

41. The allegation in this paragraph calls for a legal conclusion to which a response is not required.

42. The allegation in this paragraph calls for a legal conclusion to which a response is not required.

43. Defendants deny the allegations contained in this paragraph.

44. Defendants deny the allegations contained in this paragraph.

45. Defendants deny the allegations contained in this paragraph.

**COUNT IV**
**AS TO UNJUST ENRICHMENT**

46. Defendants repeat and reallege each and every response to the allegations contained above as if more fully set forth at length herein.

47. The allegation in this paragraph calls for a legal conclusion to which a response is not required.

4

48. The allegation in this paragraph calls for a legal conclusion to which a response is not required.

49. The allegation in this paragraph calls for a legal conclusion to which a response is not required.

50. Defendants admit the allegations contained in this paragraph.

51. Defendants deny the allegations contained in this paragraph.

52. Defendants deny the allegations contained in this paragraph.

53. Defendants deny the allegations contained in this paragraph.

54. Defendants deny the allegations contained in this paragraph.

**COUNT V**
**AS TO BREACH OF CONTRACT**

55. Defendants deny the allegations contained in this paragraph.

56. Defendants deny the allegations contained in this paragraph.

57. Defendants are without sufficient knowledge or information to admit or deny the allegations in this paragraph.

58. Defendants are without sufficient knowledge or information to admit or deny the allegations in this paragraph.

59. Defendants are without sufficient knowledge or information to admit or deny the allegations in this paragraph.

60. Defendants deny the allegations contained in this paragraph.

61. Defendants deny the allegations contained in this paragraph.

**WHEREFORE,** Defendants Henry & Michael Precision, LLC a/k/a Henry Precision Machining, LLC, Henry Lee and Michael Lee demand judgment against the Plaintiff for dismissal

of the Complaint with prejudice, reasonable attorney's fees, costs and such other and further relief as the Court may deem just and proper.

## DEFENDANTS' AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses and reserve the right to add or amend if additional information becomes available.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a cause of action upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery based on the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff is estopped from advancing a claim for non-payment of overtime wages.

## FOURTH AFFIRMATIVE DEFENSE

If Defendants owed any duty to the Plaintiff, such duty was fully satisfied and not breached in any way.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claim for any overtime wages due are barred by the doctrine of accord and satisfaction.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claim for unjust enrichment and breach of contract are barred by the doctrine of waiver.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Steven Fox, Esq., is hereby designated as trial counsel on behalf of Defendants.

6

## CERTIFICATION OF FILING

I hereby certify that Defendants' Answer to the Verified Complaint and Affirmative Defenses were electronically filed with the Clerk of the United States District Court, Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07101 in accordance with the Fed. R. Civ. Pro 6(b) for appropriate filing therewith.

I further certify that a true copy of the within Answer to the Verified Complaint and Affirmative Defenses were forwarded to Yuan Jiang, Esq. at Yuan Jiang Law, LLC via electronic filing and email on this date.

**LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.**
Attorneys for Defendants Henry & Michael Precision, LLC
a/k/a Henry Precision Machining, LLC, Henry Lee and Michael Lee

By:_____
           Kathleen M. Connelly, Esq.

Dated: July 25, 2022